# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **MYLES XAVIER SMITH,** | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 23-00050-KD-MU |
| **MICHAEL WOODS,** | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (doc. 3) is **ADOPTED** as the opinion of this Court.

Accordingly, this action is dismissed without prejudice for failure to comply with the Court's orders.

**DONE** this 21st day of July 2023.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE