# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MYLES XAVIER SMITH,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 23-00050-KD-MU |
| | ) |
| **MICHAEL WOODS,** | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date adopting the Report and Recommendation of the Magistrate Judge, it is **ORDERED**, **ADJUDGED** and **DECREED** that this action is **DISMISSED** without prejudice for failure to comply with the Court's orders.

**DONE** this 21st day of July 2023.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE